# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Matthew Lawrence Stickney<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:23-mj-00356<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 12/15/2023<br>Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D)- | Disorderly Conduct in a Capitol Building |
| 40 U.S.C. § 5104(e)(2)(G)- | Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: __12/15/2023__

*Judge's signature*

City and state: __Washington, D.C.__   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*