AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Matthew Lawrence Stickney<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

**Case: 1:23-mj-00356**
**Assigned To : Harvey, G. Michael**
**Assign. Date : 12/15/2023**
**Description: Complaint W/ Arrest Warrant**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*            Matthew Lawrence Stickney                     ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment   ❒ Superseding Indictment   ❒ Information   ❒ Superseding Information   ☒ Complaint
❒ Probation Violation Petition   ❒ Supervised Release Violation Petition   ❒ Violation Notice   ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

G. Michael Harvey    Digitally signed by G. Michael
                     Harvey
                     Date: 2023.12.15 10:49:13 -05'00'

Date:     12/15/2023                          _____
                                                        *Issuing officer's signature*

City and state:        Washington, D.C.              G. Michael Harvey, U.S. Magistrate Judge
                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12-15-23 , and the person was arrested on *(date)* 12-20-23 at *(city and state)* Seattle, WA |
| Date:   12-20-23                         _____<br>                                                 *Arresting officer's signature*<br><br>                                        Kenna Gonzales<br>                                                 *Printed name and title* |