**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-MJ-00356 |
| | : | |
| **MATTHEW LAWRENCE STICKNEY,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the party in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ Mindy K. Deranek
      Mindy K. Deranek
      Washington Bar No. 43085
      Assistant United States Attorney,
      United States Attorney's Office for the
      District of Columbia
      601 D Street, N.W.
      Washington, D.C. 20530
      (202) 252-7776
      mindy.deranek@usdoj.gov

Defense:

**Carolyn Stewart**
1204 Swilley Road
Plant City, FL 33567
813-451-5753
carolstewart_esq@protonmail.com